# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-cr-4247-WQH |
| Plaintiff, | |
| v. | **JUDGMENT AND ORDER GRANTING MOTION AND DISMISSING INFORMATION** |
| GUILLERMO GANIR, | |
| Defendant. | |

Upon motion of the parties, and good cause appearing, the Court **GRANTS** the motion ECF NO. 27, and **DISMISSES** the Information [Dkt. No. 15] without prejudice.

**IT IS SO ORDERED.**

Dated: November 27, 2018

*William Q. Hayes*

Hon. William Q. Hayes
United States District Court